United States District Court
Southern District of Texas
FILED

SEP 15 2021

AO 91 (Rev 8/01)   Criminal Complaint

Nathan Ochsner, Clerk

# United States District Court

**SOUTHERN**      **DISTRICT OF**      **TEXAS**

## McALLEN DIVISION

**UNITED STATES OF AMERICA**

**V.**

**Nelson Villeda-Colindres**

## CRIMINAL COMPLAINT

**Case Number:**     **M-21-1961-M**

**IAE**     **YOB:**    **1983**
**Honduras**
(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my

knowledge and belief. On or about _____**September 13, 2021**_____ in ____**Hidalgo**____ County, in

the ____**Southern**____ District of ____**Texas**____
(*Track Statutory Language of Offense*)

being then and there an alien who had previously been deported from the United States to Honduras in pursuance of law, and thereafter was found near Mission, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title ____**8**____ United States Code, Section(s) ____**1326**____ **(Felony)**

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:

Nelson Villeda-Colindres was encountered by Border Patrol Agents near Mission, Texas on September 13, 2021. The investigating agent established that the defendant was an undocumented alien and requested record checks. The defendant claims to have illegally entered the United States on September 13, 2021, near Hidalgo, Texas. Record checks revealed the defendant was formally Deported/Excluded from the United States on July 12, 2012, through Phoenix, Arizona. Prior to Deportation/Exclusion, the defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security.

On June 26, 2012, the defendant was convicted of 8 USC 1326 Illegal Re-Entry and sentenced to twenty-eight (28) days confinement.

Continued on the attached sheet and made a part of this complaint: ☐ Yes ☒ No

Complaint authorized by AUSA S. Dipiazza

Submitted by reliable electronic means, sworn to and attested telephonically per Fed. R. Cr.P.4.1, and probable cause found on:

September 15, 2021 at 6:51 a.m.

/S/ Jose Delgado
**Signature of Complainant**

Jose Delgado      Border Patrol Agent

J. Scott Hacker     , U.S. Magistrate Judge
**Name and Title of Judicial Officer**

**Signature of Judicial Officer**